IRENE CABECEIRAS *vs.* PRISCILLA GAUTHIER & others.   November 29, 1972.   This is an appeal from a final decree of a judge of the Probate Court for Bristol County allowing the will of Margaret C. Cabeceiras, late of Fall River.   The will left all of her estate to her daughter Irene Cabeceiras, and made mention of three other daughters and five sons, all of whom save for one daughter contested the allowance. The case was tried on the merits, the issues being due execution, soundness of mind, and undue influence.   It is before us with a full report of the evidence and a report of material facts.   There was a hearing of three days before the judge whose findings, based on conflicting evidence, will not be reversed unless plainly wrong.   On an examination of the evidence and the careful report of material facts filed by the judge we cannot say that her action was plainly wrong. No useful purpose would be served by restating the evidence.   The decree allowing the will is affirmed.

*So ordered.*

The case was submitted on briefs.

*Ralph C. Rotondo* for the contestants.

*James P. McGuire & John E. Seth* for the proponents.


GEORGIANNA CONNOR *vs.* EDWARD F. HARRINGTON (and a companion case [1]).   November 30, 1972.   In each of these two actions the plaintiff's declaration alleges that the defendant made defamatory statements about her.   A Superior Court judge sustained the demurrers of the defendants as to all counts in both declarations, and the plaintiff appealed.   The plaintiff did not move for leave to amend the declarations.   There was no error.   Each of the counts in both declarations failed to state a cause of action.

*Orders sustaining demurrers affirmed.*
*Judgments for the defendants.*

*Robert A. Shea & Stephen A. Murphy,* for the plaintiff, submitted a brief.

*Arthur J. Caron, Jr.* for the defendants.

---

[1] Georgianna Connor *vs.* Emil Bellotti.